# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD J. O'BRIEN, III,** : | |
| Plaintiff(s), : | |
| : | **CIVIL ACTION** |
| v. : | No. 19-3707 |
| : | |
| **ERIC TICE, et al,** : | |
| Defendant(s). : | |

## ORDER

This 3rd day of April, 2020, pursuant to 28 U.S.C. § 636(b)(1)(C), after review of the Report and Recommendation (R&R) issued by the Honorable Lynne A. Sitarski (ECF 9) and consideration of Petitioner Edward J. O'Brien, III's, Objections to the R&R (ECF 10), it is hereby **ORDERED** that the R&R is adopted. O'Brien's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, with prejudice, and without issuance of a Certificate of Appealability.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge